## DUE PROCESS COMPLAINT AND REQUEST FOR A DUE PROCESS HEARING

| NAME OF CHILD ON WHOSE BEHALF THE HEARING IS REQUESTED | CHILD'S BIRTHDATE (Month/Day/Year) | GRADE |
|---|---|---|
| ███ ██ | ████ | 3rd Grade |

| DISABILITY CATEGORY |
|---|
| Multiple Disabilities |

**ADDRESS OF THE RESIDENCE OF THE CHILD; OR IN THE CASE OF A HOMELESS CHILD, AVAILABLE CONTACT INFORMATION**

1111 Fess Avenue
Akron , Ohio 44307

RECEIVED
DEC 17 2014
AKRON PUBLIC SCHOOLS
GENERAL COUNSEL'S OFFICE

**NAME AND ADDRESS OF THE SCHOOL THE CHILD ATTENDS**

Voris Elementary School
1885 Glenmount Avenue
Akron, Ohio 44301

| NAME OF PARENT AND ADDRESS IF ADDRESS IS DIFFERENT FROM CHILD'S. IN THE CASE OF A HOMELESS CHILD OR YOUTH, AVAILABLE CONTACT INFORMATION FOR THE CHILD | TELEPHONE NUMBER ( 330 ) 937-5289 |
|---|---|
| Delaina Barney Lester Barney | DAYTIME TELEPHONE NUMBER ( ) |

**A BILINGUAL OR SIGN LANGUAGE INTERPRETER IS REQUESTED**

☐ YES ☐ NO IF YES, specify language/mode of communication

**NAME OF SUPERINTENDENT AND SCHOOL DISTRICT OF RESIDENCE**
David W. James, Akron Public Schools

**MEDIATION**

☐ YES ☐ NO I am not interested in mediation.

**A DESCRIPTION OF THE PROBLEM** (*Describe the nature of the problem of the child relating to a proposed initiation or change of placement or provision of a free appropriate public education*) (Attach additional pages if necessary).

████ is not receiving FAPE at Akron City Schools. His education is not appropriate and he is not being educated in the least restrictive environment. ████ suffers from several disabilities including ADHD as well as a peanut allergy and is not being given the protections and services necessary for his education or to prevent severe reactions, illness and risk of death. Although aware of the severity of J████'s allergy, the school did not adequately provide him medicine when needed as instructed, and thereby increased his susceptibility to the allergy. Further, when mother addressed her concerns as to ████'s welfare she was laughed at and made fun of by the school nurse, the individual responsible for his health safety.

████ is being segregated from other students, deprived his of educational opportunities, and deprived of extracurricular activity opportunities. The District has failed to provide an adequate ETR and IEP, failed to properly implement the IEP, failed to adequately protect him from bullying in the school district and ████ is continuing to struggle academically in numerous aspects.

Parents' seek to amend this complaint as more information is provided.

EXHIBIT A

DUE PROCESS COMPLAINT AND REQUEST FOR A DUE PROCESS HEARING (continued)
DESCRIPTION OF PROBLEM (continued)

**FACTS** *(Provide facts relating to the problem described above)* (Attach additional pages if necessary).

███████ has struggled academically while attending school. The District is aware of some of his disabilities, such as ADHD and the peanut allergy. The District has failed to provide an adequate IEP for Jeremy. They then failed to properly implement the IEP they had created resulting in poor academic success as well as an increased allergy severity.

The school segregated ███████ from other students during lunch although the cafeterias is specifically ventilated for the purpose of preventing allergic reactions.

The school did nothing to prevent the bullying of ███████ although on notice.

███████ was suspended for more than 10 days in aggregate without the required manifestation hearing.
Mother had to move ███████ to a new school to assuage her fears of his safety.

**A DESCRIPTION OF THE PROPOSED RESOLUTION YOU ARE SEEKING** *(Provide the proposed resolution of the problem to the extent known and available to the party at the time)* (Attach additional pages if necessary).

Parents seek:
ESY services
Compensatory Education
Safe learning environment
Education in LRE
Peanut allergy safety protocols to be implemented and followed in the District,
Attorney's fees
Petitioners to be determined as prevailing party
Other remedies as they become known
Other remedies that the IHO determines to be appropriate

DUE PROCESS COMPLAINT AND REQUEST FOR A DUE PROCESS HEARING (continued)

| NAME AND ADDRESS OF THE ATTORNEY OR REPRESENTATIVE FOR THE PARENT/GUARDIAN OR LEA. *If this section is completed, all information and correspondence regarding the due process request will be sent to the attorney or representative and not to the parent or LEA.* | TELEPHONE NUMBER |
|---|---|
| Attorney Daniel R. Bache<br>300 Courtyard Square<br>80 S. Summit St.<br>Akron, OH 44308-1736 | (330  ) 353-8529<br><br>**FAX NUMBER**<br><br>(330  ) 253-6524 |

**THE PARTY REQUESTING THE HEARING IS (Check one):**

__X__  Parent/Guardian of the child on whose behalf the hearing is being brought

_____ School District of Residence(Superintendent)

_____ Other Educational Agency (Name):

_____ Student with a Disability Who Is At Least 18 years Of Age But Not More Than 21 Years of Age

Attorney Daniel Bache on behalf of Mother Maria Vogt
Name (printed) of Party Requesting Hearing

Signature of Party Requesting Hearing

12/15/14

Date of Signature

**REQUEST FOR EXPEDITED HEARING**
**(COMPLETE THIS SECTION ONLY IF YOU ARE REQUESTING AN EXPEDITED HEARING)**

*AN EXPEDITED HEARING MAY BE REQUESTED ONLY IF ONE OF THE FOLLOWING REASONS APPLIES.*

**Parent: As the parent/guardian or student, I am requesting an expedited hearing because (Check *one* of the following):**

_____  I disagree with a decision regarding placement for disciplinary removals; *or*

_____  I disagree with the manifestation determination.

**School District: As the school district, I am requesting an expedited hearing because:**

_____  I believe that maintaining the current placement of the child is substantially likely to result in injury to the child or to others.

*Submission of Request:* Send the original completed request to the other party, and send a copy to the Ohio Department of Education, Office for Exceptional Children, Procedural Safeguards, 25 South Front Street, Columbus, Ohio 43215-4183 or fax a copy to (614) 728-1097. *Note:* The use of this form is not required. Instead of using this form, you may submit your own due process request, but your request must include all information required by federal regulation at 34 C.F.R. § 300.508. **See page one for instructions.**

7/1/2005, rev. 2/1/ 2007, rev. 7/1/2008; rev. 8/29/2008



Department of
# Education .

## DUE PROCESS COMPLAINT AND REQUEST FOR A DUE PROCESS HEARING
### Instructions

**Please provide information requested in all of the fields.**

1. *Name, birthdate and grade* of the child.

2. *Disability category:* Provide a list of all disabilities that currently apply to the child. If the child has not been identified as a child with a disability, state "Child has not been identified" in the space provided.

3. *Address* of the residence of the child; or in the case of a homeless child or youth, available contact information.

4. *Name and address* of the school the child is attending.

5. *Name of parent and address* if address is different from child's; or in the case of a homeless child or youth, *available contact information* for the child: "Homeless" means homeless within the meaning of section 725(2) of the McKinney-Vento Homeless Assistance Act, 42 U.S.C. 11434a(2); and telephone numbers.

6. *Mediation:* Mediation is a free service provided by the State to resolve disputes. Participation in mediation is completely voluntary and must be agreed to by both parties. A mediator will arrange dates for the parties to discuss remedies to resolve the dispute. Mediation is concurrent with due process, but the mediation meeting will usually be scheduled before the due process hearing takes place. If you are interested in mediation, please check the applicable line.

7. *Description of the Problem and Facts Relating to the Problem:* Provide a description of the nature of the problem which is the basis of your request for a due process hearing, and provide facts relating to the problem. *Example of Problem:* The problem is the school district's failure to implement my child's individualized education program. *Example of Facts Relating to the Problem:* My child has not received the speech and language services specified in her individualized education program.

8. *Description of the Proposed Resolution:* State the resolution you are proposing to the extent known and available to you at the time. *Example of Proposed Resolution:* I am proposing that my child receive the speech and language services specified in her individualized education program.

9. *Attorney or Representative:* If you have an attorney or representative in this case, please provide the name and address of the attorney or representative. If this section is completed by the parent or LEA, all due process correspondence and information will be sent to the attorney or representative and not to the parent or LEA.

10. *Signature:* Party requesting the hearing is required to print, sign and date the complaint notice/due process hearing request.

11. *Expedited Hearing, if Applicable:* A parent may request an expedited hearing **only** if the parent disagrees with a decision regarding placement for disciplinary removals or with the manifestation determination. A local educational agency (LEA) may request an expedited hearing **only** if the LEA believes that maintaining the current placement of the child is substantially likely to result in injury to the child or to others. An *expedited hearing may* **not** *be requested for any other reason.*

12. *Submission of Request.* Send the original completed request to the other party, and send a copy to the Ohio Department of Education, Office for Exceptional Children, Procedural Safeguards, 25 South Front Street, Columbus, Ohio 43215-4183 or fax a copy to (614) 728-1097.

**Note:** The use of this form is not required. Instead of using this form, you may submit your own due process request, but your request must include all information required by federal regulation at 34 CFR § 300.508.