# Ross Reporting

3200 Courtwood Way
Stow, OH 44224

# Invoice

| Date | Invoice # |
|---|---|
| 3/4/2015 | 4004 |

**Bill To**

AKRON PUBLIC SCHOOLS
RHONDA PORTER, GENERAL COUNSEL
70 North Broadway
Akron, Ohio  44308

*Po # 15008996*

| Terms |
|---|
| 30 Days |

| Date of Proceeding | Service Rendered | Description | Fee for Service |
|---|---|---|---|
| | | in re: ▇▇▇▇▇ Etc, and Akron Public School District SE3042-2014 | |
| 2/9/2015 | Attendance | Disclosure Conference | 55.00 |
| | Original Transcrpt | Disclosure Conference -- to Heaing Officer Silagy | 112.50 |
| | Copy of Transcript | To Attorney Bache & To Atty Porter | 60.00 |
| 2/18/2015 | Attendance | Due Process Hearing Vol. 1 | 357.50 |
| | Original Transcrpt | Vol. 1 To Hearing Officer Silagy | 877.50 |
| | Copy of Transcript | Vol. 1 To Attorney Bache & Attorney Porter | 468.00 |
| 2/19/2015 | Attendance | Due Process Hearing Vol. 2 | 412.50 |
| | Original Transcrpt | Vol. 2  To Hearing Officer Silagy | 952.50 |
| | Copy of Transcript | Vol. 2 To Attorney Bache & Attorney Porter | 508.00 |

We appreciate your business!

RECEIVED
MAR 1 0 2015
ACCOUNTS PAYABLE
*H/R*

Please Make Your Check Payable To:
Julieanne Ross dba Ross Reporting
Taxpayer ID#285669757

| Phone # |
|---|
| 330-673-7367 |

## TOTAL DUE:  $20 late fee every 30 days

$3,803.50

| E-mail |
|---|
| rossreport@aol.com |

*3/13 To AP*          *Pd Ck # 703957*
                      *2.19.15*

Exhibit B

# Ross Reporting

3200 Courtwood Way
Stow, OH 44224

# Invoice

| Date | Invoice # |
|---|---|
| 3/27/2015 | 4029 |

| Bill To |
|---|
| AKRON PUBLIC SCHOOLS<br>RHONDA PORTER, GENERAL COUNSEL<br>70 North Broadway<br>Akron, Ohio 44308 |

*PO# 15010180*

| Terms |
|---|
| 30 Days |

| Date of Proceeding | Service Rendered | Description | Fee for Service |
|---|---|---|---|
| | | in re: ▇▇▇▇▇ Due Process Hearing | |
| 2/20/2015 | Attendance<br>Original Transcript<br>Copy of Transcript | Due Process Hearing<br>To ARbitrator Silagy (also via email/no charge)<br>To Attorneys Wallace/Bache and to Attorney Porter (also via email/no charge) | 426.25<br>1,155.00<br>616.00 |
| | | We appreciate your business! | |
| | | Please Make Your Check Payable To:<br>Julieanne Ross dba Ross Reporting<br>Taxpayer ID#285669757 | |

| Phone # |
|---|
| 330-673-7367 |

## TOTAL DUE: $20 late fee every 30 days

$2,197.25

| E-mail |
|---|
| rossreport@aol.com |

*4/8 To AP*

*Pd Ck # 705205*
*4-14-15*

# Ross Reporting

3200 Courtwood Way
Stow, OH 44224

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/28/2015 | 4030 |

*PO# 15009984*

| Bill To |
|---------|
| AKRON PUBLIC SCHOOLS
RHONDA PORTER, GENERAL COUNSEL
70 North Broadway
Akron, Ohio  44308 |

| Terms |
|-------|
| 30 Days |

| Date of Proceeding | Service Rendered | Description | Fee for Service |
|--------------------|------------------|-------------|-----------------|
| | | in re:  DUE PROCESS HEARING (▮▮▮▮▮▮) VOLUME 4 AND VOLUME 5 | |
| 2/25/2015 | Attendance | Due Process Hearing VOLUME 4 | 302.50 |
| | Original Transcrpt | Transcript to Hearing Officer Silagy (lso emailed/no charge) | 750.00 |
| | Copy of Transcript | Transcript to Attys Wallace/Bache and Attorney Porter (also emailed/no charge) | 400.00 |
| 2/26/2015 | Attendance | Due Process Hearing VOLUME 5 | 165.00 |
| | Original Transcrpt | Transcript to Hearing Officer Silagy (also emailed/no charge) | 453.75 |
| | Copy of Transcript | Transcript to Attys Wallace/Bache and Atty Porter (also emailed/no charge) | 242.00 |

We appreciate your business!

Please Make Your Check Payable To:
Julieanne Ross dba Ross Reporting
Taxpayer ID#285669757

| Phone # | | |
|---------|---|---|
| 330-673-7367 | **TOTAL DUE:  $20 late fee every 30 days** | $2,313.25 |

| E-mail |
|--------|
| rossreport@aol.com |

3/31 To AP    Pd ck# 704893
4-7-15

# Ross Reporting

3200 Courtwood Way
Stow, OH 44224

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/29/2015 | 4032 |

| Bill To |
|---------|
| AKRON PUBLIC SCHOOLS<br>RHONDA PORTER, GENERAL COUNSEL<br>70 North Broadway<br>Akron, Ohio 44308 |

*PoH 15 010180*

| Terms |
|-------|
| 30 Days |

| Date of Proceeding | Service Rendered | Description | Fee for Service |
|--------------------|------------------|-------------|-----------------|
| | | in re: ███████████ ocess Hearing<br>VOLUME 6 | |
| 3/25/2015 | Attendance<br>Original Transcrpt<br>Copy of Transcript | Due Process Hrg. Vol. 6<br>Due Process Hrg. Vol. 6 to Hearing Officer Sillagy (also via email/no charge)<br>Transcript to Attys Wallace/Bache, to Atty Porter (also via email/no charge) | 110.00<br>120.00<br>64.00 |
| | | We appreciate your business! | |
| | | Please Make Your Check Payable To:<br>Julieanne Ross dba Ross Reporting<br>Taxpayer ID#285669757 | |

| Phone # |
|---------|
| 330-673-7367 |

**TOTAL DUE: $20 late fee every 30 days**

$294.00

| E-mail |
|--------|
| rossreport@aol.com |

*ANNE PIERO SILAGY ESQ.*
1225 S. MAIN STREET
SUITE 1
NORTH CANTON, OH 44720

Ph:(330) 526-8221          Fax:(330) 526-8231

RECEIVED
JUL 13 2015
AKRON PUBLIC SCHOOLS
GENERAL COUNSEL'S OFFICE

DAVID JAMES, SUPERINENDENT                                    July 9, 2015
AKRON PUBLIC SCHOOLS
70 N. BROADWAY ST.
AKRON , OHIO
44308

*P₀ # 16 001241*

**Attention:**

| | |
|---|---|
| File #: | BARNEY-001 |
| Inv #: | Sample |

**RE:** ████████████
Akron Public Schools

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Dec-31-14 | Receive and review initial Due Process Request.  Prepare initial letters to Superintendent and Parent | 0.60 | 75.00 | AS |
| Jan-06-15 | Receive and review emails (2) from Rhonda Porter.  Receive and review email from Daniel Bache re: scheduling.  Receive and review email from Bernadette Laughlin to Rhonda Porter | 0.70 | 87.50 | AS |
| Jan-14-15 | Prepare Scheduling Order.  Initial conference call with Rhonda Porter and Daniel Bache | 1.30 | 162.50 | AS |
| Jan-29-15 | Receive and review emails from Rhonda Porter (4).  Receive and review emails from Jason Wallace (2) | 0.90 | 112.50 | AS |
| Feb-06-15 | Receive and review email from Rhonda Porter on confirmation of Disclosure Conference | 0.20 | 25.00 | AS |
| Feb-09-15 | Prepare, travel to and attend disclosure conference | 2.50 | 312.50 | AS |
| Feb-13-15 | Receive and review email from Rhonda Porter on Barney Witness List. Receive and review email from Daniel Bache.  Prepare email to Daniel Bache, Rhonda Porter and Jason Wallace on executed subpoenas. | 0.50 | 62.50 | AS |

*Pd ck # 211211*
*8·19·15*

*8/11 To AP*

| Feb-17-15 | Receive and review email from Rhonda Porter (2). | 0.20 | 25.00 | AS |
| Feb-18-15 | Receive and review email from Jason Wallace(3). Receive and review email from Rhonda Porter. Prepare, travel to and attend hearing. | 10.10 | 1,262.50 | AS |
| Feb-19-15 | Prepare and travel to and attend hearing. Receive and review email from Daniel Bache | 10.60 | 1,325.00 | AS |
| Feb-20-15 | Prepare, travel to and attend hearing. | 10.80 | 1,350.00 | AS |
| Feb-23-15 | Receive and review email from Daniel Bache on revised Subpoenas | 0.20 | 25.00 | AS |
| Feb-24-15 | Receive and review email from Jason Wallace on Barney doctors. Receive and review email from Rhonda Porter | 0.30 | 37.50 | AS |
| Feb-25-15 | Prepare, travel to and attend hearing | 8.50 | 1,062.50 | AS |
| Feb-26-15 | Prepare, travel to and attend hearing. Prepare email to counsel re: extension | 4.20 | 525.00 | AS |
| Feb-27-15 | Receive and review email from Daniel Bache on Joint Motion for Extension | 0.20 | 25.00 | AS |
| Mar-02-15 | Prepare order on Motion for Extension. Prepare Order for Scheduling Final Day of Hearing. Receive and review email from Daniel Bache | 1.50 | 187.50 | AS |
| Mar-04-15 | Receive and review email from Mary Perkins on availability. Prepare email to Daniel Bache, Rhonda Porter and Jasons Wallace on court reporter and suggested times for hearing. | 0.70 | 87.50 | AS |
| Mar-05-15 | Receive and review email from Attorney Wallace and Daniel Bache on availability, prepare email to counsel on scheduling issues | 0.80 | 100.00 | AS |
| Mar-06-15 | Prepare email to court reporter on availability of transcripts | 0.30 | 37.50 | AS |
| Mar-13-15 | Prepare Order scheduling final date for hearing review transcripts. | 2.50 | 312.50 | AS |
| Mar-24-15 | File and transcript review: prepare for hearing | 2.80 | 350.00 | AS |

Case: 5:16-cv-00188-BYP Doc #: 1-2 Filed: 01/26/16 7 of 8. PageID #: 28

| Mar-25-15 | Prepare, travel to and attend hearing. Review Motion Directed Verdict from Rhonda Porter | 3.50 | 437.50 | AS |
|---|---|---|---|---|
| Apr-05-15 | Receive and review email from Jason Wallace on Barney Motion Extension | 0.10 | 12.50 | AS |
| Apr-08-15 | Prepare Motion for Extension | 0.30 | 37.50 | AS |
| Apr-12-15 | Receive and review email from Jason Wallace on Joint Motion to Extend (2) | 0.40 | 50.00 | AS |
| Apr-19-15 | Receive and review email from Jason Wallace on Joint Motion to Extend Time | 0.30 | 37.50 | AS |
| Apr-22-15 | Prepare Order on Motion for Extension | 0.30 | 37.50 | AS |
| May-04-15 | Receive and review Petitioners' Post Hearing Brief from Jason Wallace | 1.50 | 187.50 | AS |
| May-24-15 | Transcript review | 3.20 | 400.00 | AS |
| May-29-15 | Transcript review, legal research | 9.80 | 1,225.00 | AS |
| Jun-01-15 | Legal Research, review transcript | 8.10 | 1,012.50 | AS |
| Jun-02-15 | Transcript review; legal research | 4.50 | 562.50 | AS |
| Jun-03-15 | Transcript review, draft decision | 2.10 | 262.50 | AS |
| Jun-04-15 | Draft decision, transcript review | 8.40 | 1,050.00 | AS |
| Jun-05-15 | Draft decision, transcript review | 6.10 | 762.50 | AS |
| Jun-07-15 | Draft decision, research | 6.50 | 812.50 | AS |
| Jun-08-15 | Draft decision | 8.40 | 1,050.00 | AS |
| Jun-09-15 | Draft decision | 11.20 | 1,400.00 | AS |
| Jun-10-15 | Draft Decision, further research. Prepare email to Atty Wallace re: address | 8.90 | 1,112.50 | AS |
| Jun-11-15 | Postage for Mailing Answer regular mail (4)@ 2.94) | | 11.76 | AS |
| | Draft Final Decision | 7.60 | 950.00 | AS |

Invoice #:    Sample                                            July 29, 2015

|  |  |  |  |
|---|---|---|---|
| | 3 Federal Express mailings @ 20.50 each, 1 Federal Express mailing @24.10 | 85.60 | AS |
| Jul-07-15 | Postage | 17.90 | AS |
| | Totals | 151.60 $19,065.26 | |

**Total Fee & Disbursements**                                  $19,065.26

**Balance Now Due**                                            $19,065.26

TAX ID Number       31-1528139

APPROVED FOR PAYMENT