STATE OF OHIO
DEPARTMENT OF EDUCATION

IN THE MATTER OF
DUE PROCESS REQUEST FILED BY:

IMPARTIAL HEARING OFFICER
ANNE PIERO SILAGY

MR AND MRS. LESTER BARNEY
PARENTS OF ██████████████

PETITIONERS

SE- 3042-2014

v.

AKRON PUBLIC
SCHOOL DISTRICT

RESPONDENT

**ORDER SCHEDULING FINAL DAY
OF HEARING**

Pursuant to the request of Petitioners' counsel at the hearing, and over the objection of the Akron Public School District, the Hearing Officer granted Petitioners an extension of time in order to allow them to schedule an expert witness or witnesses to testify in this matter. The extension was necessary due to the fact that subpoenas had not been served by Petitioners in sufficient time for the expert witnesses to be available, despite the fact that the matter had been scheduled for hearing since January 14, 2015. Not wanting to prejudice the Petitioners for their Counsel's failure, the Hearing Officer overruled the objection and granted the request subject to certain restrictions. At the hearing, Mrs. Barney and her counsel agreed upon three dates which were acceptable to not only the Petitioner and her counsel but the Board, its counsel as well as the Hearing Officer. Those dates were March 25, 26 and 27, 2015. Both parties were advised that all witnesses would be expected to testify on one of those dates and that any remaining witness on either side should be made available on the chosen date and further advised that both parties should then be in a position to rest their case on that date. At

Exhibit C

2

the conclusion of the February 26, 2015 hearing date, neither party rested nor were any exhibits formally admitted into evidence. The Petitioners were given the opportunity to determine which of those dates would be suitable for their expert witness(es) and were directed to advise the identities of the experts and date of availability to both the Hearing Officer and Counsel for the Board no later than March 2, 2015 at 3 o clock.

On March 2, 2015, the Hearing Officer and the District were notified by the attached email that the Petitioner would not be calling any additional witnesses and that Counsel would like to stipulate to the final exhibits and then rest. The email further advised that Counsel could be available prior to the March 25, 26 or 27th dates in order to conclude the case. The Hearing Officer and Counsel for the Board advised Petitioners' counsel of several other mutually acceptable dates in addition to the three dates already being held. The Hearing Officer also stated that in the event an earlier date could not be agreed upon, the matter could be resumed on March 25, 2015 at 9:00 am. In response, Petitioners' counsel advised that they would not be available not only on any of the new proposed dates, but also would only be available only at 4:00 pm on March 25th or the afternoon of the 27th and that after discussion with their client that they would not be calling any more witnesses. Petitioners' counsel reiterated that they now had other conflicts on the morning of March 25th and demanded that the hearing not go forward on the morning of the 25th.

Petitioners' counsel has been extended numerous courtesies throughout this case. There simply is no excuse that neither of the two counsel who have appeared, prosecuted and both whom at the hearing indicated that they were available all day on those three dates to now have conflicts, particularly when the extension and dates were prompted at their request.. At no time did the Hearing Officer release any of the dates reserved. Neither party has

formally rested.  It is also possible, although unlikely based upon Counsel's representations at the hearing, that the Board may call other witnesses.  The Hearing Officer must allow sufficient time for arguments as to the admissibility of any exhibits and further evidence if required.  The Hearing Officer must also set the deadline for the submission of briefs and, if desired, reply briefs. The Petitioners requested to hold the final days at 4:00 p.m. is under these circumstances is unfounded.

Accordingly, it is ORDERED that the final day of hearing in this matter will be March 25, 2015 at 9:00 am at the Offices of the Akron Public Schools District.  The parties are encouraged to stipulate to any facts and the admission of any exhibits. If the parties can agree and stipulate as to their exhibits and that further stipulate that no further witnesses are needed and that both parties are willing to rest their case, then the parties can set forth such agreement in writing an submit it to the Hearing Officer prior to March 23, 2015 at 4:00 p.m. In that event, if the Petitioners desire that the hearing time on March 25, 2015 be moved from 9:00 am to 4:00 pm, they may obtain the approval of the Board's counsel and submit the request in writing to the Hearing Officer no later than noon on March 24, 2015.  The Board shall be responsible for insuring that a court reporter is present at the March 25, 2015 hearing date.

**IT IS SO ORDERED**.

_____
Impartial Hearing Officer

4

## CERTIFICATE OF SERVICE

I herby certify that a copy of the foregoing Order was served by regular U.S. mail, postage prepaid and by email on this 13th day of March 2015.

Bernadette Laughlin
Ohio Department of Education
25 S. Front Street, #2
Columbus, Ohio 43215-4104

Daniel R. Bache, Attorney
Jason Wallace
50 South Main Street
10th Floor
Akron, Ohio 44308

Rhonda Porter
General Counsel
Akron, Public Schools
Legal Department
70 N. Broadway
Akron, Ohio 44308

_____
Anne Piero Silagy
Impartial Hearing Officer

## Ann Silagy

| | |
|---|---|
| **From:** | Jason Wallace [jwallace@rlbllp.com] |
| **Sent:** | Thursday, March 05, 2015 7:31 PM |
| **To:** | Ann Silagy |
| **Cc:** | Daniel Bache; Porter, Rhonda |
| **Subject:** | Re: SE 3042-2014 Barney v. Akron Public Schools |

I guess I am unsure how to respond, except to say again, we are not available on the proposed dates. We talked about adding one of those days, not holding all three of them. The proposed times do not work. Let me know if you need case numbers to verify our unavailability on the date you are mandating.

Thank you,
Jason Wallace

Sent from my iPhone

On Mar 5, 2015, at 5:22 PM, Ann Silagy <asilagylawfirm@neo.rr.com> wrote:

Mr. Bache:

The 25th, 26th and 27th were to be reserved by you for this case. There simply is no logical reason why both of you are not available on those dates in the morning.

The earlier dates were offered as a courtesy to you. I will expect one of you to be available at 9:00 am on the 25th at the Board offices.

*Anne Piero Silagy*

Anne Piero Silagy
1225 South Main Street
Suite 1
North Canton, Ohio 44720
Telephone (330) 526-8221
Facsimile (330) 526-8231

**From:** Daniel Bache [mailto:dbache@rlbllp.com]
**Sent:** Thursday, March 05, 2015 4:42 PM
**To:** Porter, Rhonda; 'asilagylawfirm@neo.rr.com'
**Cc:** Jason Wallace
**Subject:** RE: SE 3042-2014 Barney v. Akron Public Schools

IHO Silagy,

We are available late afternoon of the 25th, at 4:00, or we can be available the afternoon of the 27th. Unfortunately, the other dates we are in trials.

1

Thank you,


Daniel R. Bache
Roderick Linton Belfance, LLP
50 S. Main Street, 10th Floor
Akron, OH 44308-1828
Phone: (330) 434-3000
Fax: (330) 434-9220
E-mail: dbache@rlbllp.com
Firm Website: www.rlbllp.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail and accompanying attachments is for the sole use of the intended recipient and constitutes confidential information which may be legally privileged. If you are not the intended recipient of this information, any review, disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please destroy all copies of the original message immediately and notify the sender by return e-mail.


**From:** Perkins, Mary [mailto:mperkins@akron.k12.oh.us] **On Behalf Of** Porter, Rhonda
**Sent:** Wednesday, March 04, 2015 5:13 PM
**To:** 'asilagylawfirm@neo.rr.com'
**Cc:** Daniel Bache; Jason Wallace; Porter, Rhonda
**Subject:** FW: SE 3042-2014 Barney v. Akron Public Schools

Dear Ms. Silagy:

Ms. Porter has asked that I provide her availability to you per your suggestions in the below email. **Ms. Porter is available:**

March 12 between the hours of 12:00 Noon and 5:00 p.m.
March 23 between the hours of 12:00 Noon and 5:00 p.m.
March 25 between the hours of 9:00 a.m. and 5:00 p.m.

Ms. Porter **is not available** March 17 and March 19.

We shall hold these dates pending further confirmation of same from you.


Sent on behalf of Rhonda Porter by:


Mary Perkins
Administrative Assistant
Legal Department
Akron City School District

2

Begin forwarded message:

> **From:** Ann Silagy <asilagylawfirm@neo.rr.com>
> **Date:** March 4, 2015 at 8:17:30 AM PST
> **To:** 'Daniel Bache' <dbache@rlbllp.com>, 'Rhonda Porter' <rporter@akron.k12.oh.us>
> **Cc:** 'Jason Wallace' <jwallace@rlbllp.com>
> **Subject: RE: SE 3042-2014 Barney v. Akron Public Schools**
>
> Counselors:
>
> I believe that this should be done in the presence of a court reporter.  Is my assumption correct that neither party intends to call any further witnesses? If that is the case, then I would presume allocating an a one hour time slot to make the final submissions and agree on the timelines for the submission of briefs would suffice.  After the 9th and prior to the 25th I would have these dates available:  March 12, the afternoon of March 17, March 19 ad the afternoon of March 23rd.  If we are unable to find a time slot before the 25th, I would then suggest that we convene on March 25th at 9:00 am.
>
> Please let me know.
>
> *Anne Piero Silagy*
>
> Anne Piero Silagy
> 1225 South Main Street
> Suite 1
> North Canton, Ohio 44720
> Telephone (330) 526-8221
> Facsimile (330) 526-8231

---

> **From:** Daniel Bache [mailto:dbache@rlbllp.com]
> **Sent:** Monday, March 02, 2015 2:43 PM
> **To:** Ann Silagy; 'Rhonda Porter'
> **Cc:** Jason Wallace
> **Subject:** SE 3042-2014 Barney v. Akron Public Schools
>
> IHO Silagy and Ms. Porter,
>
> Jason has been attempting to secure the doctors for one of the dates we had agreed to, being March 25, 26 or 27. Unfortunately, we have so far been unable to secure the witnesses for those dates. After further discussion with the Petitioners, we are requesting that we be allowed to rest our case at this time and request a conference call to schedule a date and time for the entry of exhibits and any previously agreed stipulations to be put on record. Unfortunately, we will be in trials and hearings this week, so we are requesting this take place no earlier than Monday,  March 9, 2015.

3

We could do this telephonically if it would make it easier for all parties. If logistics or rules prevent a telephonic meeting, we are happy to figure out a day that works for all parties to do this in person before the stenographer.

Best,

Daniel R. Bache
Roderick Linton Belfance, LLP
50 S. Main Street, 10th Floor
Akron, OH 44308-1828
Phone: (330) 434-3000
Fax: (330) 434-9220
E-mail: dbache@rlbllp.com
Firm Website: www.rlbllp.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail and accompanying attachments is for the sole use of the intended recipient and constitutes confidential information which may be legally privileged.  If you are not the intended recipient of this information, any review, disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited.  If you received this message in error, please destroy all copies of the original message immediately and notify the sender by return e-mail.

4